# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3243

_____

Kimberly Ann Barnes,

        Appellant,

v.

National Archives Records
Administration, John W. Carlin,
Archivist,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Missouri.
\*
\*   [UNPUBLISHED]
\*
\*
\*

_____

Submitted: August 23, 2004
Filed: August 27, 2004

_____

Before SMITH, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Kimberly Ann Barnes appeals following the district court's[1] adverse grant of summary judgment in her employment-discrimination action brought under Title VII, the American with Disabilities Act of 1990, the Rehabilitation Act of 1993, and the Notification and Federal Employee Anti-Discrimination and Retaliation Act of 2002,

_____

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

against her employer, the United States National Archives and Records Administration.  Having carefully reviewed the record de novo, see Winkle v. S.W. Bell Tel. Co., 195 F.3d 418, 420 (8th Cir. 1999) (standard of review), we affirm for the reasons explained by the district court.  See 8th Cir. R. 47B.

_____